```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/1/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

KETEL ONE WORLDWIDE B.V. *et ano*,

        Plaintiffs

    -against-

ARCADIA IMPORTS, LLC,

        Defendant.
------------------------------X

13cv9026

SCHEDULING ORDER

WILLIAM H. PAULEY III, District Judge:

    Counsel for all parties having appeared for a conference on August 1, 2014, the Court adopts the following schedule:

1. If the matter has not been resolved by August 22, 2014, the parties shall submit letters outlining their respective positions;

2. The Court shall hold a conference with principals present on September 4, 2014 at 11:00 a.m.;

3. All fact discovery shall be complete by October 31, 2014;

4. The parties shall submit a joint pretrial order on December 19, 2014;

5. The parties shall appear for a final pretrial conference on January 9, 2015 at 10:00 a.m.

Dated: August 1, 2014
       New York, New York

                                SO ORDERED:

                                WILLIAM H. PAULEY III
                                      U.S.D.J.

*Counsel of Record*:

Brendan J. O'Rourke
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
*Counsel for Plaintiffs*

Dennis H. Cavanaugh
D H Cavanuagh Associates
555 Fifth Avenue
17th Floor
New York, NY 10017
*Counsel for Defendant*