Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

Brendan J. O'Rourke
Member of the Firm
d 212.969.3120
f 212.969.2900
borourke@proskauer.com
www.proskauer.com

August 22, 2014

**ECF**

Hon. William H. Pauley, III, United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1920
New York, NY 10007

Re:   *Ketel One Worldwide B.V.* et ano *v. Arcadia Imports LLC*, 13 Civ. 9026 (WHP)

Dear Judge Pauley:

     We represent the Plaintiffs, Ketel One Worldwide B.V. and Double Eagle Brands N.V. (together, "Ketel One") in the above-captioned matter.  Pursuant to Your Honor's Scheduling Order, dated August 1, 2014, we write to report on the status of settlement.

     Since the August 1st conference, the parties have exchanged further drafts of the settlement agreement.  After further correspondence, Plaintiffs sent Defendant a revised draft settlement agreement on August 15th and a follow up inquiry on August 20th.  Ketel One received Arcadia's most recent changes to the draft on August 20th, which the parties further discussed on August 21st.  We believe the final issue will be resolved imminently.  We are confident the parties will have an executed settlement agreement in place on or before September 4th, the date the parties are currently scheduled for an in-person conference before Your Honor.


Respectfully submitted,

/s/ Brendan J. O'Rourke
Brendan J. O'Rourke



cc:   Dennis H. Cavanaugh, Esq. (by electronic mail)